## LESSER et al. v. UNITED STATES.

### (Circuit Court, S. D. New York. December 9, 1897.)

1. CUSTOMS DUTIES—PROTESTS—PROCEDURE ON APPEAL.

Certain importers appeared before the board of general appraisers in support of their protests against the decision of the collector, but as to one of said protests they offered no evidence before the board. *Held*, that they had a right to appeal to the circuit court, and that the right to bring new evidence was co-extensive with the right to appeal.

2. SAME—CLASSIFICATION—CURTAINS, TIDIES, AND SHAMS.

Curtains, tidies, and shams made up from cotton laces, and known commercially by their respective names, were dutiable, under paragraph 324 of the act of 1883, as manufactures of cotton not otherwise provided for, and not, under paragraph 325, as cotton laces.

This was an application to review a decision of the board of general appraisers affirming a decision of the collector of the port of New York (classifying certain merchandise for duties as "laces," under paragraph 325 of the act of 1883) except in so far as related to the items invoiced as "tidies" and "shams," which the board found to be manufactures of cotton not otherwise provided for, under paragraph 324. There were two protests from the collector's decision, as to one of which no evidence was submitted before the general appraisers.

Edward Hartley, for plaintiff.

Henry D. Sedgwick, Jr., Asst. U. S. Atty.

WHEELER, District Judge. The importers appeared before the board of general appraisers in support of this protest, and had a right to appeal to this court; and the right to bring new evidence was co-extensive with the right to appeal. The goods in question appear to be curtains, tidies, and shams made up from cotton laces into new articles, known commercially by their respective names, and thus to be taken out of what are known as "cotton laces." They should be assessed where they, as such articles, would fall, which is, as they were not specifically named, among manufactures of cotton not otherwise provided for, according to the protest. Decision as to these items reversed.